454 A.2d 153

Commonwealth v. Hayes, Appellant.

Submitted November 6, 1981. Joseph J. Shafle, Jr., for appellant; Mark S. Gurevitz, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and LIPEZ, JJ.

Order affirmed.

454 A.2d 153

Commonwealth v. Hodge, Appellant.

Submitted March 16, 1982. John P. Liekar, for appellant; Grayce R. Kovacs, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

The order of the court is affirmed.